HELEN R. HADLEY, Respondent, v. OLIVE M. WHOLAHAN, Appellant, and GORDON R. RUSSELL, Defendant.— Judgment affirmed, with costs. All concur. (Summary judgment in favor of plaintiff on a promissory note.) Present — Sears, P. J. Taylor, Edgcomb, Thompson and Lewis, JJ.

HELEN SNYDER, Respondent, v. SAMUEL GREENFIELD, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $1,200, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. All concur, except Thompson, J., who dissents and votes for affirmance. (The judgment awards damages for personal injuries in an automobile negligence action. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

MANUEL ABREU, Appellant, v. AMERICAN LAUNDRY MACHINERY COMPANY, Respondent.— Judgment affirmed, with costs, on the authority of Schmidt v. Merchants Despatch Transportation Co. (270 N. Y. 287, 302-303). All concur. (The judgment dismisses the complaint in an action for damages for injuries sustained by contracting silicosis.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

.THE PEOPLE OF THE STATE OF NEW YORK ex rel. KATHRYN KLEIN, Relator, v. HENRY E. BRUCKMAN and Others, Constituting the State Liquor Authority of the State of New York, Respondents.— Determination confirmed, with fifty dollars costs and disbursements. All concur. (The order of certiorari directs review of the cancellation of a restaurant liquor license.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MARTIN J. MONCZYNSKI and Another, Respondents, v. FRANK J. ANDRZEJEWSKI and Another, Appellants.— Judgment affirmed, with costs. All concur. (The judgment directs foreclosure sale of mortgaged premises.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT J. OWENS, Appellant, v. JOSEPH H. BROPHY, as Warden of Auburn State Prison, at Auburn, New York, Respondent.— Order affirmed, without costs. All concur. (The order dismisses a writ of habeas corpus and remands relator to the custody of the warden.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER LAZAR, Appellant.— Judgment of conviction affirmed. All concur. (The judgment convicts defendant of criminally receiving stolen property.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

GENEVIEVE W. GREENE, Appellant, v. LOCKPORT EXCHANGE TRUST COMPANY and Others, Respondents.— Judgment affirmed, with costs. All concur. (The judgment is for defendant in an action by a minority stockholder to recover damages for fraud and conspiracy.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ARTHUR GEDDES, Respondent, v. BENJAMIN N. PINZEL, as President of Moving Picture Machine Operators Union of Buffalo, New York, Local No. 223, etc., Appellant.— Judgment affirmed, with costs. All concur. (The judgment declares expulsion of plaintiff from defendant union null and void and directs reinstatement.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.